1  **KABATECK BROWN KELLNER LLP**
   BRIAN S. KABATECK, ESQ. / BAR #152054
2  RICHARD L. KELLNER, ESQ. / BAR #171416
   644 South Figueroa Street
3  Los Angeles, CA   90017
   Telephone: (213) 217-5000
4  Facsimile: (213) 217-5010
   Email: bsk@kbklawyers.com
5

6  **KHORRAMI POLLARD & ABIR LLP**
   SHAWN KHORRAMI, ESQ. / BAR #180411
7  DYLAN POLLARD, ESQ. / BAR #180306
   444 So. Flower Street, Thirty-Third Floor
8  Los Angeles, CA   90071
   Telephone: (213) 596-6000
9  Facsimile: (213) 596-6010
   Email: dpollard@kpalawyers.com
10

11 Attorneys for Plaintiffs

12
                    **IN THE UNITED STATES DISTRICT COURT**
13                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                         **(SAN FRANCISCO DIVISION)**
14

15 | IN RE: BEXTRA AND CELEBREX              ) | **MDL CASE NO.: 05-CV-1699** |
   | MARKETING SALES PRACTICES AND           ) |                              |
16 | PRODUCT LIABILITY LITIGATION            ) |                              |
   |                                         ) |                              |
17 | _____ ) |                              |
   |                                         ) |                              |
18 | BROWN, et al.,                          ) | **CASE NO. CGC-06-449431**   |
   |                                         ) | **MDL Case No. 06-2390 CRB** |
19 |                                         ) |                              |
   |       Plaintiffs,                       ) | **STIPULATION AND ORDER OF** |
20 |                                         ) | **DISMISSAL WITH PREJUDICE** |
   | vs.                                     ) | **AS TO PLAINTIFF DEBRA BROWN** |
21 |                                         ) | **(ON BEHALF OF PATRICIA YANCY)** |
   | PFIZER, INC., et al.                    ) |                              |
22 |                                         ) |                              |
   |       Defendants.                       ) |                              |
23 |                                         ) |                              |
   | _____ ) |                              |
24

25

26     COME NOW, Plaintiff DEBRA BROWN (on behalf of Patricia Yancy) and Defendants

27 PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of

28

---
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO PLAINTIFF DEBRA BROWN (ON BEHALF OF PATRICIA YANCY)**

Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff DEBRA BROWN (on behalf of Patricia Yancy) from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 29, 2009      **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff DEBRA BROWN
(on behalf of Patricia Yancy)

Dated:      October 27, 2009      **DLA PIPER LLP**

By: ___/S/_____
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 9 2009      _____
Honorable Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF DEBRA BROWN (ON BEHALF OF PATRICIA YANCY)**